# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PRISCILLA VAN BLARCOM,

    Plaintiff,

v.                                                          CASE NO: 8:05-cv-703-T-26TBM

VCA ANTECH, INC.,

    Defendant.

_____/

## O R D E R

    The Court considers this case *sua sponte*. In doing so, the Court notes that it dispensed with the need for mediation in part because of Plaintiff's counsel's representation that he was concerned that Plaintiff would not attend the scheduled mediation because of his unsuccessful efforts to contact her regarding her mandatory attendance at the mediation.[1] Consequently, before this Court expends any further judicial resources in this case in terms of resolving Defendant's pending motion for summary judgment to which Plaintiff has responded, the Court will schedule a status conference at which Plaintiff will be required to attend in person for the purpose of ascertaining whether she still intends to prosecute this case.

    Accordingly, it is ordered and adjudged as follows:

    1) The Court will conduct a status conference on Thursday, April 27, 2006, at 11:30 a.m., in Courtroom 15B, United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

---

[1] See docket 17.

2) Plaintiff's counsel and Plaintiff shall be personally present for the purpose of ascertaining whether Plaintiff intends to prosecute this action.

3) Should Plaintiff fail to attend, the Court will consider her non-appearance as an indication that she no longer is willing to prosecute this case, thereby leading to a possible dismissal.

4) Defendant's out-of-town counsel may appear telephonically for the status conference so long as they notify Deputy Courtroom Clerk Rita Cole (813-301-5354) 24 hours prior to the conference of the telephone number at which they can be reached.

**DONE AND ORDERED** at Tampa, Florida, on April 21, 2006.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record