# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PRISCILLA VAN BLARCOM,

    Plaintiff,

v.                          CASE NO: 8:05-cv-703-T-26TBM

VCA ANTECH, INC.,

    Defendant.
_____/

## O R D E R

Upon due consideration of Plaintiff's counsel's representations contained in his sworn declaration filed April 24, 2006, it is ordered and adjudged that the status conference scheduled for Thursday, April 27, 2006, at 11:30 a.m., is cancelled.

**DONE AND ORDERED** at Tampa, Florida, on April 24, 2006.

                                  s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record